UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

____USA____,
Plaintiff(s),

v.

__Daniel Efrain Heres-Pedroben__
Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/25

**CALENDAR NOTICE**

25 cr 97 (VB)

    **PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/re-scheduled for:

✓ Status conference    Bail Appeal HRG

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on __3/20/__, 20_25_, at __10:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __3-12-__, 20_25_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge