UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/25
```

_____US_____,
                    Plaintiff(s),

**CALENDAR NOTICE**

v.                                        25 cr 97 (VB)

_Daniel Efrain Heras_
_Redroban_____   Defendant(s).
------------------------------------------------------------x

   **PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

___ Status conference            ___ Final pretrial conference

___ Telephone conference         ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument                ✓ Plea hearing

___ Bench ruling on motion       ___ Sentencing

on __4-23-__, 20_25_, at __10:00AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

   **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __4-18-__, 20_25_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge