UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DANIEL EFRAIN HERAS REDROBAN,
                             Defendant.
----------------------------------------------------------x

**ORDER**

25 CR 97 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/25

      At the sentencing hearing on September 3, 2025, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED, in the above referenced case. Accordingly, defendant Daniel Efrain Heras Redroban, USM #40313-511, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration, parole, or law enforcement authorities.

Dated: September 3, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge